

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

September 23, 2011

| | |
|---|---|
| No.: | 11-17255 |
| D.C. No.: | 3:09-cv-02292-JW |
| Short Title: | Kristin Perry, et al v. Edmund Brown, Jr., et al |

Dear Appellants/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| **FILED** |
| --- |
| SEP 23 2011 |
| MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KRISTIN M. PERRY; SANDRA B.
STIER; PAUL T. KATAMI; JEFFREY
J. ZARRILLO,

         Plaintiffs - Appellees,

CITY AND COUNTY OF SAN
FRANCISCO,

         Intervenor-Plaintiff -
Appellee,

  v.

EDMUND G. BROWN, Jr., in his
official capacity as Governor of
California; KAMALA D. HARRIS,
Attorney General, in her official capacity
as Attorney General of California;
MARK B. HORTON, in his official
capacity as Director of the California
Department of Public Health & State
Registrar of Vital Statistics; LINETTE
SCOTT, in her official capacity as
Deputy Director of Health Information &
Strategic Planning for the California
Department of Public Health; PATRICK
O'CONNELL, in his official capacity as
Clerk-Recorder for the County of
Alameda; DEAN C. LOGAN, in his
official capacity as Registrar-
Recorder/County Clerk for the County of

No. 11-17255

D.C. No. 3:09-cv-02292-JW
U.S. District Court for Northern
California, San Francisco

**TIME SCHEDULE ORDER**

Los Angeles,

     Defendants,

 and

DENNIS HOLLINGSWORTH; GAIL J. KNIGHT; MARTIN F. GUTIERREZ; HAK-SHING WILLIAM TAM; MARK A. JANSSON; PROTECTMARRIAGE.COM - YES ON 8, A PROJECT OF CALIFORNIA RENEWAL, as official proponents of Proposition 8,

     Intervenor-Defendants - Appellants.

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Fri., September 30, 2011** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., October 24, 2011** | Transcript shall be ordered. |
| **Mon., November 21, 2011** | Transcript shall be filed by court reporter. |
| **Mon., January 2, 2012** | Appellants' opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Mon., January 30, 2012** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellants' reply brief shall be filed and served within fourteen days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellants to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

William Fa'aita
Deputy Clerk