UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

Circuit Mediation Office
Phone (415) 355-7900 Fax (415) 355-8566
http://www.ca9.uscourts.gov/mediation

# MEDIATION QUESTIONNAIRE

The purpose of this questionnaire is to help the court's mediators provide the best possible mediation service in this case; it serves no other function. Responses to this questionnaire are *not* confidential. Appellants/Petitioners must electronically file this document within 7 days of the docketing of the case. 9th Cir. R. 3-4 and 15-2. Appellees/Respondents may file the questionnaire, but are not required to do so.

| | |
|---|---|
| 9th Circuit Case Number(s): | 11-17255 |
| District Court/Agency Case Number(s): | 3:09-cv02292-JW |
| District Court/Agency Location: | Northern District of California |
| Case Name: | Perry et al. v. Brown et al. |
| If District Court, docket entry number(s) of order(s) appealed from: | 812 |
| Name of party/parties submitting this form: | Hollingsworth, Knight, Gutierrez, Jansson, ProtectMarriage.com |

Please briefly describe the dispute that gave rise to this lawsuit.

Same-sex couples ("Plaintiffs") challenged the constitutionality of California's Proposition 8, which provides that "[o]nly marriage between a man and a woman is valid or recognized in California," Cal. Const. art. I, § 7.5. Official proponents ("Proponents") of the ballot measure intervened to defend it. When Chief Judge Walker ordered the proceedings to be broadcast in violation of local rule, the Supreme Court granted Proponents' application to stay that decision. Chief Judge Walker then ordered a video-recording of the proceedings to be made with the understanding that it would not be broadcast to the public, and he placed the recording in the record under seal. Plaintiffs subsequently moved to lift the seal.

Briefly describe the result below and the main issues on appeal.

Chief Judge Ware granted Plaintiffs' motion to unseal the video-recording of the trial motion. Proponents' appeal presents the question whether the district court erred by ordering the Clerk to lift the seal on the video-recording of the trial in violation of local rule, Judicial Conference policy, and the Supreme Court's decision in this case.

Describe any proceedings remaining below or any related proceedings in other tribunals.

This court has temporarily stayed the district court's order pending disposition of our motion for a stay pending appeal. Proponents have two related cases pending in this Court. In No. 10-16696, Proponents appeal the district court's ruling that Proposition 8 violates the Constitution. In No. 11-16577, Proponents appeal the order denying Proponents' motion to vacate on the ground that Chief Judge Walker was disqualified from presiding in this case.

Provide any other thoughts you would like to bring to the attention of the mediator.

Any party may provide additional information *in confidence* directly to the Circuit Mediation Office at ca09_mediation@ca9.uscourts.gov. Please provide the case name and Ninth Circuit case number in your message. Additional information might include interest in including this case in the mediation program, the case's settlement history, issues beyond the litigation that the parties might address in a settlement context, or future events that might affect the parties' willingness or ability to mediate the case.

## CERTIFICATION OF COUNSEL

I certify that:

☒ a current service list with telephone and fax numbers and email addresses is attached (see 9th Circuit Rule 3-2).

☒ I understand that failure to provide the Court with a completed form and service list may result in sanctions, including dismissal of the appeal.

Signature: s/ Charles J. Cooper

("s/" plus attorney name may be used in lieu of a manual signature on electronically-filed documents.)

Counsel for: Appellants Hollingsworth, Knight, Gutierrez, Jansson, & ProtectMarriage.com

**Note:** Use of the Appellate ECF system is mandatory for all attorneys filing in this Court, unless they are granted an exemption from using the system. **To file this form electronically** in Appellate ECF, complete the form, and then print the filled-in form to PDF (File > Print > PDF Printer/Creator). Then log into Appellate ECF and choose Forms/Notices/Disclosure > File a Mediation Questionnaire.

# SERVICE LIST

| | |
|---|---|
| Tamar Pachter<br>Tamar.Pachter@doj.ca.gov<br>OFFICE OF THE CALIFORNIA ATTORNEY GENERAL<br>455 Golden Gate Ave, Suite 11000<br>San Francisco, CA 94102-7004<br>T:  (415) 703-5970<br>F:  (415) 703-1234<br><br>*Attorney for Defendants Governor Edmund G. Brown, Jr., Attorney General Kamala D. Harris, Director Mark B. Horton, and Deputy Director Linette Scott* | Claude Franklin Kolm<br>Claude.kolm@acgov.org<br>COUNTY OF ALAMEDA<br>1221 Oak Street, Suite 450<br>Oakland,  CA 94612-4296<br>T:  (510) 272-6710<br>F:  (510) 272-5020<br><br>*Attorney for Defendant Clerk-Recorder Patrick O'Connell* |
| Judy W. Whitehurst<br>jwhitehurst@counsel.lacounty.gov<br>OFFICE OF COUNTY COUNSEL – COUNTY OF LOS ANGELES<br>648 Kenneth Hahn Hall of Administration<br>500 West Temple Street<br>Los Angeles, CA  90012<br>T:  (213) 974-1895<br>F:  (213) 617-7182<br><br>*Attorney for Defendant Registrar-Recorder Dean C. Logan* | Terry L. Thompson<br>tl_thompson@earthlink.net<br>LAW OFFICES OF TERRY L. THOMPSON<br>P.O. Box 1346<br>Alamo, CA 94507<br>T: (925) 855-1507<br>F: (925) 820-6035<br><br>*Attorney for Defendant-Intervenor Hak-Shing William Tam* |
| Theodore B. Olson<br>TOlson@gibsondunn.com<br>Matthew C. McGill<br>MMcGill@gibsondunn.com<br>Amir C. Tayrani<br>ATayrani@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER, LLP<br>1050 Connecticut Avenue, NW<br>Washington, D.C. 20036 | Dennis J. Herrera<br>cityattorney@sfgov.org<br>Therese Stewart<br>therese.stewart@sfgov.org<br>Vince Chhabria<br>vince.chhabria@sfgov.org<br>Christine Van Aken<br>Christine.van.aken@sfgov.org<br>Mollie M. Lee |

1

| | |
|---|---|
| T: (202) 955-8500<br>F: (202) 467-0539<br><br>Theodore J. Boutrous, Jr.<br>TBoutrous@gibsondunn.com<br>Christopher D. Dusseault<br>CDusseault@gibsondunn.com<br>Theane Evangelis Kapur<br>TKapur@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER, LLP<br>333 S. Grand Avenue<br>Los Angeles, CA 90071<br>T: (213) 229-7000<br>F: (213) 229-7520<br><br>Ethan D. Dettmer<br>EDettmer@gibsondunn.com<br>Enrique A. Monagas<br>EMonagas@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission St., Ste 300<br>San Francisco, Ca 94105<br>T: (415) 393-8200<br>F: (415) 393-8306<br><br>David Boies<br>dboies@bsfllp.com<br>Rosanne C. Baxter<br>rbaxter@bsfllp.com<br>BOIES, SCHILLER & FLEXNER, LLP<br>333 Main St<br>Armonk, NY 10504<br>T: (914) 749-8200<br>F: (914) 749-8300<br><br>Jeremy Michael Goldman<br>jgoldman@bsfllp.com<br>BOIES, SCHILLER & FLEXNER LLP<br>1999 Harrison St., Suite 900<br>Oakland, CA 94612 | mollie.lee@sfgov.org<br>CITY AND COUNTY OF SAN FRANCISCO<br>OFFICE OF THE CITY ATTORNEY<br>One Dr. Carlton B. Goodlett Place<br>Room 234<br>San Francisco, CA  4102-4682<br>T:  (415) 554-4708<br>F:  (415) 554-4699<br><br>Danny Chou<br>danny.chou@sfgov.org<br>Ronald P. Flynn<br>ronald.flynn@sfgov.org<br>Erin Bernstein<br>erin.bernstein@sfgov.org<br>CITY AND COUNTY OF SAN FRANCISCO<br>OFFICE OF THE CITY ATTORNEY<br>Fox Plaza<br>1390 Market St., 7th Floor<br>San Francisco, CA 94102-5408<br><br>*Attorneys for Plaintiff-Intervenor City and County of San Francisco* |

2

| | |
|---|---|
| T: (510) 874-1000<br>F: (510) 874-1460<br><br>Theodore H. Uno<br>tuno@bsfllp.com<br>BOIES, SCHILLER & FLENXER, LLP<br>2435 Hollywood Boulevard<br>Hollywood, FL 33020<br>T: (954) 924-0300<br>F: (954) 924-0311<br><br>*Attorneys for Plaintiffs Kristin M. Perry, Sandra B. Stier, Paul T. Katami, and Jeffrey J. Zarrillo* | |
| Ephraim Margolin<br>ephraim_margolin@yahoo.com<br>LAW OFFICES OF EPHRAIM MARGOLIN<br>240 Stockton Street<br>4th Floor<br>San Francisco, CA 94108<br>T: (415) 421-4347<br>F: (415) 397-9801<br><br>*Attorney for the Honorable Vaughn R. Walker* | Thomas R. Burke<br>thomasburke@dwt.com<br>Rochelle L. Wilcox<br>rochellewilcox@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>505 Montgomery Street, Suite 800<br>San Francisco, CA 94111-6533<br>T: (415) 276-6500<br>F: (415) 276-6599<br><br>*Attorneys for Media Coalition* |

3