No. 11-17255
UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

KRISTIN PERRY, et al.,
*Plaintiffs-Appellees*,

v.

EDMUND G. BROWN, Jr. et al.,
*Defendants*,

and

DENNIS HOLLINGSWORTH, et al.,
*Defendant-Intervenors-Appellants*.

Appeal from United States District Court for the Northern District of California
Civil Case No. 09-CV-2292 JW (Honorable James Ware)

## APPELLANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS

Andrew P. Pugno
LAW OFFICES OF ANDREW P. PUGNO
101 Parkshore Drive, Suite 100
Folsom, California 95630
(916) 608-3065; (916) 608-3066 Fax

Brian W. Raum
James A. Campbell
ALLIANCE DEFENSE FUND
15100 North 90th Street
Scottsdale, Arizona 85260
(480) 444-0020; (480) 444-0028 Fax

Charles J. Cooper
David H. Thompson
Howard C. Nielson, Jr.
Peter A. Patterson
COOPER AND KIRK, PLLC
1523 New Hampshire Ave., N.W.
Washington, D.C. 20036
(202) 220-9600; (202) 220-9601 Fax

*Attorneys for Appellants*

Pursuant to Ninth Circuit Rule 32-2, Appellants respectfully seek the Court's leave to file a Reply in support of their Emergency Motion For Stay Pending Appeal in excess of the ten pages provided by rule. *See* Fed. R. App. P. 27(d)(2). Specifically, Appellants respectfully request the Court's leave to file a Reply of no more than 20 pages in length.

Plaintiffs, Plaintiff-Intervenor City and County of San Francisco, and Proposed Intervenor Media Coalition have collectively filed 52 pages of briefing opposing Appellants' motion (20, 12, and 20 pages, respectively). Appellants' request to file a Reply not to exceed 20 pages in length is eminently reasonable in light of this extensive briefing opposing their motion.

Plaintiffs, Plaintiff-Intervenor City and County of San Francisco, Proposed Intervenor Media Coalition, and the parties to this litigation that have not participated in this appeal, through their respective counsel, have all informed counsel for Appellants that they will not oppose this Motion to Exceed Page Limitations.

For these reasons, the Court should grant Appellants' request to file a Reply not to exceed 20 pages in length.

Dated: October 13, 2011                                   Respectfully submitted,

                                                                                          s/ Charles J. Cooper
                                                                                          Charles J. Cooper
                                                                                          Attorney for Appellants

# **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on October 13, 2011.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

                                                         s/ Charles J. Cooper
                                                         Charles J. Cooper